FILED
2018 Sep-12 PM 12:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **KAMIL HARUNA,** | } |
| Petitioner, | } |
| v. | } Case No.: 4:18-cv-1129-MHH-SGC |
| **JEFF SESSIONS, et al.,** | } |
| Respondents. | } |

## MEMORANDUM OPINION

This action is before the Court on the respondents' August 15, 2018 motion to dismiss. (Doc. 4). On July 23, 2018, Mr. Haruna filed a petition for writ of habeas corpus seeking his release from custody pending his removal to Ghana. (Doc. 1). In their motion to dismiss, the respondents argue that the Court should dismiss Mr. Haruna's § 2241 habeas petition because United States Immigration and Customs Enforcement released Mr. Haruna from custody on August 9, 2018. (Doc. 4-1, Pitman Decl.).

Because Mr. Haruna has been released from detention and deported, his petition seeking release is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral

consequences to avoid mootness doctrine).  Accordingly, by separate order, the Court will dismiss this matter.  *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011).

**DONE** and **ORDERED** this 12th day of September, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE